IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MELVIN KNIGHT, | ) | 2:12cv984 |
| | ) | Electronic Filing |
| Plaintiff, | ) | |
| | ) | Judge David Stewart Cercone |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| JOHN R. WALTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case was commenced on July 13, 2012, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

The last remaining defendants in this action filed Motions for Summary Judgment on March 3 and 5, 2015. (ECF 116 and 120.) Magistrate Judge Lenihan filed a Report and Recommendation on September 24, 2015, recommending that the Motions for Summary Judgment be granted (ECF No. 132). The parties were advised that written objections to the Report and Recommendation were to be filed within 14 days of the date of service. Plaintiff filed a Motion for Extension of Time to file objections (ECF No. 133), which was granted (ECF No. 134), and the deadline was thereafter extended to December 8, 2015. Plaintiff filed a Motion to Appoint Counsel on December 8, 2015 (ECF No. 135), but he did not file objections or request another extension of time.

The time has now passed for filing written objections and no party has filed any objection. This Court has reviewed the matter and concludes that the Report and

Recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 17th day of December, **IT IS HEREBY ORDERED** that the Motions for Summary Judgment (ECF 116 and 120) are granted; the Report and Recommendation is affirmed and adopted as the Opinion of the Court; the Clerk of Court shall mark this case CLOSED; and pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Melvin Knight
KR 9608
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)

Charles J. Dangelo, Esquire
Lee R. Demosky, Esquire
Thomas P. Pellis, Esquire
Albert P. Veverka, Esquire
George P. Kachulis, Esquire
Jennifer M. Kirschler, Esquire
(*Via CM/ECF Electronic Mail*)